```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,        )
                                 )              4:98cr3066
                Plaintiff,       )
                                 )
      vs.                        )              ORDER
                                 )
                                 )
JOHN O. BROWN                    )
                Defendant.       )
```

IT IS ORDERED that a revocation hearing is set to commence at 12:15 p.m. on March 28, 2007, before the Hon. Warren K. Urbom, United States Senior Judge, in Courtroom #4, United States Courthouse, Lincoln, Nebraska.

Dated: February 16, 2007.

BY THE COURT

s/ Warren K. Urbom
_____
United States Senior Judge