```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:98CR3066 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN O. BROWN, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant has moved for release to a halfway house and intensive outpatient treatment. I need additional information before considering his request.

IT THEREFORE HEREBY IS ORDERED,

Defendant's motion for release, filing 95, will be called for hearing March 21, 2007 at 11:00 a.m. before the undersigned. The defendant shall be present.

DATED this 15th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge