```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:98CR3066 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN O. BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

In accordance with the comments made from the bench at the hearing on the defendant's motion for release, filing 95,

IT IS ORDERED,

1. The motion is granted and defendant is released on the former conditions of his supervised release, with the following additional conditions:

   a. Defendant shall reside at a halfway house in the Summit Care system, at his own expense;

   b. Defendant shall immediately re-enroll in intensive outpatient treatment, at his own expense.

2. The revocation hearing is continued to May 22, 2007 at 12:15 p.m. before the Honorable Warren K. Urbom, United States Senior District Judge.

DATED this 21st day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge