```
             IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:98CR3066 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN O. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that a revocation hearing is set to commence at 10:30 a.m. on April 11, 2007, before the Hon. Warren K. Urbom, United States Senior Judge, in Courtroom #4, United States Courthouse, Lincoln, Nebraska.

   Dated: April 6, 2007.

                                   BY THE COURT

                                   s/ David L. Piester
                                   _____
                                   United States Magistrate Judge