IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:98CR3066 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN O. BROWN, | ) | ORDER CONTINUING REVOCATION |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the revocation hearing is continued until April 18, 2007, at 9:00 a.m.;

2. the defendant remains on supervised release under the same conditions as previously imposed; and

3. the defendant shall be present for the revocation hearing on April 18, 2007, at 9:00 a.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

Dated April 11, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge