IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:98CR3066 |
| v. | ) | |
| JOHN O. BROWN, | ) | ORDER |
| Defendant. | ) | |

    This matter comes before the court on defendant's Motion to Amend Conditions of Release, filing 138. After a conference with counsel and probation officer Jeff Anthens, the court finds that said motion should be granted.

    IT IS THEREFORE ORDERED that Mr. Brown shall be allowed to reside with his wife at their home in Hickman, Nebraska. All other conditions of Mr. Brown's supervised release shall remain in full force and effect.

    Dated September 4, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge