IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:98CR3066 |
| V. | ) | |
| JOHN O. BROWN, | ) | ORDER |
| Defendant. | ) | |

The supervising probation officer has requested that the sentencing hearing be accelerated,

IT IS ORDERED that:

1. the sentencing hearing shall be held on January 6, 2009, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant shall be present for the hearing.

Dated December 10, 2008.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge