IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:98CR3066 |
| ) | |
| JOHN O. BROWN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Motion to Review Detention, filing 152. This Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from the custody of the United States Marshal for transportation by the Federal Defender's Office directly to Williams Prepared Place on February 10, 2009, no later than 9:00 a.m. Mr. Brown is ordered to immediately report to the United States Probation Office upon his successful or unsuccessful discharge from NOVA.

All other conditions of Mr. Brown's supervised release, not inconsistent with this Order, shall remain in effect.

Dated this 4th day of February, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge
(in Judge Urbom's absence and
at the request of his chambers)