# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
    **Plaintiff**

**v.**           **Case Number 4:98cr3066-001**

             **USM Number 15432-047**

**JOHN O. BROWN**
     **Defendant**

           **MICHAEL J.  HANSEN**

           **Defendant's Attorney**

_____

## AMENDED JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Probation or Supervised Release)

**Reason for Amendment:**
  **Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)**

**THE DEFENDANT** admitted guilt to violation of the Mandatory Condition,  Special Conditions #1 and #4, and Standard Condition #7 of the term of supervision.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 (Special Condition 4) | The defendant shall attend, pay for and successfully complete any diagnostic evaluation, treatment or counseling program, or approved support groups for alcohol and/or controlled substances as directed by the U.S. Probation Officer | April 27, 2009 |
| 2 (Mandatory Condition) | The defendant shall not commit another federal, state, or local crime | June 19, 2008 |
| 3 (Mandatory Condition) | The defendant shall not commit another federal, state, or local crime | March 14, 2008 |
| 4 (Standard Condition 7) | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician | March 14, 2008 |

| 5 (Standard Condition 7) | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician | May 21, 2008 |
| 6 (Special Condition 1) | Paragraph #7 of the Standard Conditions of supervision is modified i.e., instead of merely refraining from excessive use of alcohol, the defendant shall not purchase or possess, use, distribute, or administer any alcohol, just the same as any other narcotic or controlled substance | March 14, 2008 |

**Original Offense:** Count I of the Indictment: Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine in violation of 21 U.S.C. 846.

The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Following the imposition of sentence, the Court advised the defendant of the right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
May 4, 2009

United States Senior District Judge

May 18, 2009

4:98-cr-03066-WKU   Doc # 165   Filed: 05/18/09   Page 3 of 4 - Page ID # 183

Defendant: JOHN O. BROWN
Case Number: 4:98cr3066-001

Page 3 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **twenty-four (24) months with no supervised release to follow**.

The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, _____

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, _____ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____

_____
UNITED STATES WARDEN

By:_____

Defendant: JOHN O. BROWN
Case Number: 4:98cr3066-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 (paid) | | |

## FINE

No fine imposed.

## RESTITUTION

No restitution ordered.

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk